UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-21805-GAYLES/TORRES

**DENIA LUISA ALVAREZ**,

 Plaintiff,

v.

**KILOLO KIJAKAZI, Acting Commissioner of
the Social Security Administration**,

 Defendant.

_____/

**ORDER**

 **THIS CAUSE** comes before the Court on Chief Magistrate Judge Edwin G. Torres's Report and Recommendation (the "Report"), [ECF No. 20], regarding the parties' cross motions for summary judgement filed by Plaintiff Denia Luisa Alverez and Defendant Kilolo Kijakazi, Acting Commissioner of the Social Security Administration. [ECF No. 13]; [ECF No. 17]. On May 12, 2021, the Court referred this case to Judge Torres, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on all pre-trial, non-dispositive matters and a report and recommendation on all dispositive matters. [ECF No. 2]. On September 6, 2022, Judge Torres issued his Report recommending that Plaintiff's motion for summary judgement, [ECF No. 13], be granted, that Defendant's motion for summary judgement, [ECF No. 13], be denied, and that the decision of the Administrative Law Judge should be remanded. No objections were filed be either party.

 A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see*

*also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objections are made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having reviewed the Report for clear error, the Court agrees with Judge Torres's well-reasoned analysis and conclusion. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Chief Magistrate Judge Edwin G. Torres's Report and Recommendation, [ECF No. 20], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

2. Plaintiff's Motion for Summary Judgement, [ECF No. 13], is **GRANTED**.

3. Defendant's Motion for Summary Judgement, [ECF No. 17], is **DENIED**.

4. This matter shall be remanded to the Administrative Law Judge for further proceedings.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of September, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE